AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

FILED
JAN 07 2021
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

# UNITED STATES DISTRICT COURT
для the

KEWIA TYRONE HUNTER
_Petitioner_

v.

Richard HUDGINS
_Respondent_
_(name of warden or authorized person having custody of petitioner)_

Case No. 5:21cv4
_(Supplied by Clerk of Court)_

Bailey
Mazzone
Blolock

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: KEWIA TYRONE HUNTER
   (b) Other names you have used: KEWAI TYRONE HUNTER, "WAX", KEMAKO EMORY
2. Place of confinement:
   (a) Name of institution: UNITED STATES PENITENTIARY-HAZELTON
   (b) Address: P.O. BOX 2000, Bruceton MILLS, WV 26525
   (c) Your identification number: 65757-061
3. Are you currently being held on orders by:
   ☒ Federal authorities    ☐ State authorities    ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: 6th District of OHIO, Southern District, Columbus OHIO
   (b) Docket number of criminal case: 2:02-cr-00034-1, 2:03-cr-00007
   (c) Date of sentencing: 10-30-02, 10-16-20
   ☐ Being held on an immigration charge
   ☒ Other (explain): Revocation

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☒ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: 6th District federal court of Southrn OHIO, columbus Ohio
   (b) Docket number, case number, or opinion number: 2:02-cr-00034-1, 02:03-cr-00007
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): revocation, sentencing over statutory maximum, serving a sentence and conviction due to fundamental defect sentencing errors, as well as underminded convictions, of a prior conviction (possession) 1998 that did not qualify to enhance sentence.
   (d) Date of the decision or action: 10-30-03, 10-16-20

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes   ☐ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: 6th District federal Court
      (2) Date of filing: 10-30-03
      (3) Docket number, case number, or opinion number: 2:02-cr-00034, 2:03-cr-00007
      (4) Result: Denied
      (5) Date of result: 11-18-04
      (6) Issues raised: innefectiness of councel, voulentaryness of accepting the plea failure to have physcological evaluation. (Direct APPEAL)

   (b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☒ Yes   ☐ No

(a) If "Yes," provide:
    (1) Name of the authority, agency, or court: 6th District Court of Appeals Court
    (2) Date of filing:
    (3) Docket number, case number, or opinion number: "0738", 2:03-cr-00607
    (4) Result: Denied
    (5) Date of result: 01-8-09
    (6) Issues raised: (2255) inneffectiness of Counsel, Prior enhancement for state "simple Possession" charge was not considered a felony under the Controlled sentencing act, because it was considered a misdemeanor under federal rules, and not qualifying as a § 851 enhancement. (COA)

(b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes     ☒ No
(a) If "Yes," provide:
    (1) Name of the authority, agency, or court:
    (2) Date of filing:
    (3) Docket number, case number, or opinion number:
    (4) Result:
    (5) Date of result:
    (6) Issues raised:

(b) If you answered "No," explain why you did not file a third appeal: Filed a claim for ineffective assitance of counsel under new claim that wasn't available at the time of appeals and awaited decision from the court. 2013 6th Dist to revisit Claim

10. **Motion under 28 U.S.C. § 2255**
In this petition, are you challenging the validity of your conviction or sentence as imposed?
☒ Yes     ☐ No
If "Yes," answer the following:
(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
☒ Yes     ☒ No
N/A

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court: 6th District APPEALS COURT
(2) Case number: 02:02-CR-00034-1, 02:03-CR-00007
(3) Date of filing: 05-23-05
(4) Result: Denied Claims
(5) Date of result: 08-18-06
(6) Issues raised: Failure by counsel to have physcological testing accepting a plea intelligently, ineffectiveness of Appeal attorney for abandoning claims made by previous attorney and illegal sentence.

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☒ Yes    ☐ No

If "Yes," provide:
(1) Name of court: 6th Cir of Appeals (COA)
(2) Case number: 2:03-cr-00007, "0738"
(3) Date of filing:
(4) Result: Denied, stated used immigration case, Not applical
(5) Date of result: Jan 08 2009
(6) Issues raised: Lopez v. Gonzalez, misdemeanor in federal court but felony in state, but doesn't trigger 851 enhancement because it's not considered a felony under control Substance Act. Amended Claim that was denied due to time barred, but entered as (COA) request.

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: At time of conviction settled law of this court of Supreme Court established the legality of the conviction, Subsequent to prisoner's direct Appeal and first §2255 motion, the substantive law changed such that the conduct of which the prisoner was convicted is deemed not to be criminal; and the prisoner cannot satisfy the gatekeeping provisions of §2255 because the new rule is not one of constitutional law.

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes    ☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes    ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result: Denied K.H
(4) Date of result: K.H
(5) Issues raised: Failure by counsel to have physcological testing, due to mental disabilities
K.H *failure by appeal attorney to challenge prior counsels recomendations of illegal
K.H *Sentencing

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes   ☐ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☑ Yes   ☐ No
If "Yes," provide:
(a) Kind of petition, motion, or application: 3582 (c)(2)
(b) Name of the authority, agency, or court: 6th District federal Court, Southrn District of OHIO
(c) Date of filing: 08-28-2008
(d) Docket number, case number, or opinion number: 2:02-cr-00034-1, 2:03-CR-00007
(e) Result: Denied
(f) Date of result: January 08, 2009
(g) Issues raised: That prior 1998 conviction of possession of cocaine state conviction didn't constitute as felony to trigger enhancement of 851 mandatory minimum sentence, under the Controlled Sentencing Act. Reduction of sentence due to new "booker" Supreme Court Case.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** The 1998 Michigan conviction didn't exceed one year; the maximum punishment that could recieve was 0-6-10 months. MAX And that petitioner can satisfy the savings clause of Section 2255(e); Conviction did not qualify to enhance sentence (see (a) Supp. facts). (ineffective counsel)

(a) Supporting facts (Be brief. Do not cite cases or law.):
Counsel was ineffective for, inter alia, failing to argue that conviction did not qualify to enhance his sentence. And allowed an error to proceed uncorrected. An being held pursuant to the erroneous application or interpretation of relevant law. And the Government was "precluded from establishing that conviction was for a qualifying offense" under the Controlled Substance Act.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes   ☒ No

21 U.S.C. 841(b)(1)(B)

**GROUND TWO:** Actual innocent of §851 enhancement, due to materially untrue assumptions concerning his criminal record. Which caused a fundamental defect, by increase in congressionally mandated sentencing floors. Based on illegal enhancement. 1998 Mich. Possession of Cocaine conviction.

(a) Supporting facts (Be brief. Do not cite cases or law.):
Hunter had a "substantial and legitimate expectation that he w[ould] be deprived of his liberty only to the extent determined by the [sentencing body] in the exercise of its statutory discretion." "erroneously-imposed sentencing floor is problematic. Which deprived him of his due process rights, and grave error. And is not considered a felony drug offense for conviction! or detention.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☒ No

**GROUND THREE:** Revocation, is connected to original case and due to this New retroactive change, the sentence now presents an "error sufficiently grave to be deemed fundamental defect cause" by the increased mandatory minimum of a illegal sentence, and increasement of supervised release over maximum punishment.

(a) Supporting facts (Be brief. Do not cite cases or law.):
When Appellant never should have been subjected to an increase in first place error is grave. Without "98" conviction Appellant's statutory minimum would have been five years - half of sentence to which he was subjected and subject to, "now" newly guidelines, "NO" Mandatory minimum. His sentence was pre-booker. An unable to recieve enhanced revocation time. (30 months)

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☒ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** § 2255 is inadequate and ineffective to test the legality of detention & a conviction when his sentence was pre-booker, and (see supp. facts) 28 U.S.C. 2255(e). The savings clause, provides that an individual may seek relief from an illegal detention by way of a traditional 28 U.S.C. 2241 habeas corpus petition.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
(1) At the time of conviction settled law of this circuit or circuit of conviction or the Supreme Court established the legality of the conviction; (2) subsequent to the prisoner's direct appeal and first § 2255 motion, the substantive law changed such that the conduct of which the prisoner was convicted is deemed not to be criminal; and (3) the prisoner cannot satisfy the gatekeeping provisions of § 2255 because the new rule is not one of constitutional law.

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes   ☒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: ineffectness of counsel, that was not deemed ineffective until later to be "erroneous application or interpretation of relevant law" by the Supreme Court after all appeals had been filed and subsequent to all fillings. Attorneys advising client to turn down plea, insisting no other consequences would happen, failure to advice of consequences of rejecting plea and getting approx #10 extra years.

**Request for Relief**

15. State exactly what you want the court to do: vacate and remanded sentences and undermined convictions allowing Appellant to pass through the savings clause portal and have the § 2241 petition addressed on the merits. "Not limited to correct or set aside his sentences."

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: __12- 1/1/21__     _____[signature]_____
                          Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
## Instructions

1. **Who Should Use This Form.** You should use this form if
   - you are a federal prisoner and you wish to challenge the way your sentence is being carried out *(for example, you claim that the Bureau of Prisons miscalculated your sentence or failed to properly award good time credits)*;
   - you are in federal or state custody because of something other than a judgment of conviction *(for example, you are in pretrial detention or are awaiting extradition)*; or
   - you are alleging that you are illegally detained in immigration custody.

2. **Who Should Not Use This Form.** You should not use this form if
   - you are challenging the validity of a federal judgment of conviction and sentence *(these challenges are generally raised in a motion under 28 U.S.C. § 2255)*;
   - you are challenging the validity of a state judgment of conviction and sentence *(these challenges are generally raised in a petition under 28 U.S.C. § 2254)*; or
   - you are challenging a final order of removal in an immigration case *(these challenges are generally raised in a petition for review directly with a United States Court of Appeals)*.

3. **Preparing the Petition.** The petition must be typed or neatly written, and you must sign and date it under penalty of perjury. **A false statement may lead to prosecution.**

4. **Answer all the questions.** You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit any legal arguments, you must submit them in a separate memorandum. Be aware that any such memorandum may be subject to page limits set forth in the local rules of the court where you file this petition. If you attach additional pages, number the pages and identify which section of the petition is being continued. All filings must be submitted on paper sized 8½ by 11 inches. **Do not use the back of any page.**

5. **Supporting Documents.** In addition to your petition, you must send to the court a copy of the decisions you are challenging and a copy of any briefs or administrative remedy forms filed in your case.

6. **Required Filing Fee.** You must include the $5 filing fee required by 28 U.S.C. § 1914(a). If you are unable to pay the filing fee, you must ask the court for permission to proceed in forma pauperis – that is, as a person who cannot pay the filing fee – by submitting the documents that the court requires.

7. **Submitting Documents to the Court.** Mail your petition and ____ copies to the clerk of the United States District Court for the district and division in which you are confined. For a list of districts and divisions, see 28 U.S.C. §§ 81-131. All copies must be identical to the original. Copies may be legibly handwritten.

   If you want a file-stamped copy of the petition, you must enclose an additional copy of the petition and ask the court to file-stamp it and return it to you.

8. **Change of Address.** You must immediately notify the court in writing of any change of address. If you do not, the court may dismiss your case.